**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Wei Zhang,<br>Petitioner<br>-vs-<br>Eric Rokosky, et al.,<br>Respondents. | CV-26-6090-PHX-JFM<br><br>**Order** |

Under consideration is Petitioner's Petition for Writ of Habeas Corpus filed August 27, 2026 (Doc. 1). Petitioner is a native and citizen of China who was admitted to the United States on a 6-month tourist visa on February 14, 2013. In August of 2013, Petitioner filed an application for asylum. His immigration proceedings were administratively closed on November 4, 2024, and then reopened on September 26, 2025. Petitioner was detained by immigration officials on August 10, 2026 after a traffic stop on Interstate 40. The Petition asserts his detention and the conditions of confinement are a violation of due process. Petitioner seeks release and a prohibition from future detention without reasonable notice and an opportunity to be heard.

Respondents have filed a Response (Doc. 8) voicing no opposition to the Petition or Petitioner’s request for release. The Court finds a reply unnecessary to a fair adjudication of the Petition.

**IT IS THEREFORE ORDERED:**

(A) Petitioner’s Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED IN PART** as described herein.

(B) Respondents must **IMMEDIATELY RELEASE** Petitioner, subject to the same conditions of release previously imposed on Petitioner.

(C) Respondents must file a **NOTICE OF COMPLIANCE** within **three days** of the

filing of this Order, including the particulars of the release (time, conditions, etc.).

(D) Absent a significant change in Petitioner's circumstances, Respondents must not redetain Petitioner without prior written notice and an opportunity to be heard on the reasons for the redetention and consideration of bond.

(E) Any pending motions are **DENIED** as moot.

(F) The Clerk of Court must enter **JUDGMENT** in Petitioner's favor and **CLOSE** this case.

Dated: September 8, 2026

26-6090-001o Order 26 09 08 on Petition for Writ of Habeas Corpus.docx

James F. Metcalf
United States Magistrate Judge